IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


FILED
At Albuquerque, NM
FEB 7 2025
MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Cr. No. 25-214 JB

JOSHUA MONTANO,

Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.

_____
JOSHUA MONTANO
Defendant

_____
LISA TORRACO
Attorney for Defendant

Date: 2/7/2025

Before: _____
KAREN B. MOLZEN
United States Magistrate Judge