IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
                Plaintiff,

v.                                        NO. 1:25-cr-00214-JB

JOSHUA MONTANO

                Defendant.

## MOTION TO WITHDRAW

COMES NOW, attorney, Lisa Torraco (Torraco Law), and hereby notices that her contractual responsibilities on this case have ended and she moves for an Order releasing her as the attorney of record.

Mr. Montano has been advised to consult with the Federal Public Defenders office.

Undersigned contacted Assistant United States Attorney, Shana B. Long, regarding her position on this motion, she advised that the United States does not object.

                                                Respectfully Submitted,

                                  By:    */s/    Lisa Torraco*
                                                     Lisa Torraco, Attorney
                                                     823 Gold Ave. SW
                                                     Albuquerque, New Mexico 87102
                                                     (505) 244-0530 – Phone
                                                     (505) 244-0532 – Fax
                                                     LisaTorraco@gmail.com

## CERTIFICATE OF SERVICE

I, LISA TORRACO, hereby certify that on December 4, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and/or I hereby certify that I have emailed or mailed via the United States Postal Service or delivered by hand the document to the following non-CM/ECF participants:

**Shana B Long**
U.S. Attorney's Office
201 Third Street
Suite 900
Albuquerque, NM 87102
505-224-1463
505-346-7296 (fax)
shana.b.long@usdoj.gov