IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                     Cause No. 25-CR-00214-KG

JOSHUA MONTAÑO,

      Defendant.

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW Defendant Joshua Montaño, through his counsel of record, Robert R. Cooper Law Firm, by Robert R. Cooper, and respectfully moves this Court to continue the status conference in this matter. As grounds, counsel states:

1. This matter has been set for a remote status conference on June 30, 2026 at 1:30 p.m. *See* Notice [Doc. No. 23].

2. Undersigned counsel has a sentencing hearing before the Honorable David H. Urias at United States District Court on June 30, 2026 at 2:00 p.m. in *United States v. Joseph Sena,* 23-CR-00942-DHU.

3. As such, counsel for Defendant requests a continuance of the status conference to another day. He has consulted with Defendant, who is in agreement with the relief requested herein.

4. Counsel has contacted Assistant United States Attorney Shana Long, who states that the United States has no objection to the relief requested herein.

WHEREFORE Defendant Joshua Montaño respectfully moves this Court to continue the status conference set for June 30, 2026 to another day.

Respectfully submitted,

*Robert R. Cooper*
ROBERT R. COOPER
Robert R. Cooper Law Firm, P.C.
1011 Lomas Blvd NW
Albuquerque, New Mexico 87102
(505) 842-8494
bob@rrcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026 I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Robert R. Cooper*
ROBERT R. COOPER

2