IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cause No. 25-CR-00214-KG

JOSHUA MONTAÑO,

Defendant.

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant Joshua Montaño, through his counsel of record, Robert R. Cooper Law Firm, by Robert R. Cooper, and respectfully moves this Court to continue the sentencing setting and sentencing deadlines in this matter. As grounds, counsel states:

1. This matter was originally set for a sentencing hearing on October 14, 2026. *See* Sentencing Guideline Order [Doc. No. 29].

2. Upon Defendant's Motion, the sentencing hearing was continued to November 18, 2026 and sentencing deadlines were extended for a period of thirty-five (35) days. *See* Motion, Order [Doc. Nos. 31, 32].

3. On October 14, 2026, the presentence investigation report (PSR) was filed. PSR objections are due on October 28, 2026. *See* Order, PSR [Doc. Nos. 32, 33].

4. The Government has disclosed eleven productions of voluminous discovery, including a 4.54 terabyte hard drive. FD-302 reports alone number nearly 800,000. The most recent production was disclosed on October 19, 2026. Discovery may continue to be ongoing. Undersigned counsel needs time to adequately review discovery and complete investigations.

5. With regard to the objections to the PSR due on October 28, 2026, counsel needs additional time to locate and review relevant discovery, conduct research, and prepare and file objections.

6. As such, counsel for Defendant requests a fifty (50) day continuance of the sentencing hearing and extensions of the sentencing deadlines commensurate with the continuance of the sentencing hearing.

7. Counsel has consulted with Defendant, who is in agreement with the relief requested herein.

8. Counsel has contacted Assistant United States Attorney Shana Long, who states that the United States has no objection to the relief requested herein.

WHEREFORE Defendant Joshua Montaño respectfully moves this Court to enter an order continuing the sentencing hearing by fifty (50) days and extending the sentencing deadlines accordingly.

Respectfully submitted,

*Robert R. Cooper*
ROBERT R. COOPER
Robert R. Cooper Law Firm, P.C.
1011 Lomas Blvd NW
Albuquerque, New Mexico 87102
(505) 842-8494
bob@rrcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026 I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Robert R. Cooper*
ROBERT R. COOPER